UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| PAMELA ANN COURVILLE | CASE NO. 2:17-CV-01325 |
| VERSUS | JUDGE ROBERT G. JAMES |
| U.S. COMMISSIONER OF SOCIAL SECURITY | |

## JUDGMENT

This matter was referred to United States Magistrate Judge Joseph H.L. Perez-Montes for report and recommendation. After an independent review of the record, and consideration of the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is AFFIRMED, and Courville's appeal is DENIED and DISMISSED WITH PREJUDICE.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE